UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 20-21652
Jennifer D Turner )
) Chapter: 13
) Honorable Donald R. Cassling
)
)
Debtor(s) )

**ORDER AUTHORIZING THE DEBTORS TO USE SELL OR LEASE 363(b) FOR THE PURPOSES OF A SHORT SALE AND SHORTEN NOTICE**

THIS MATTER coming to be heard on the Motion to Use Sell or Lease 363(b) for the purposes of a Short Sale, the Court having jurisdiction, with dues notice having been given to all parties in interest, the Court Orders as follows:

1. The Debtor is authorized to enter into the short sale agreement for the property located at 5339 Lincoln Ave Skokie, IL 60077.

2. The lien with Land Home Financial Services Inc., shall be paid in full, unless otherwise agreed upon by Land Home Financial Services Inc.

3. Land Home Financial Services Inc., is in no way compelled to accept a short sale under this order.

4. The Closing statement from the short sale shall be provided to the Trustee's office along with any non-exempted proceeds within 10 days of closing.

Enter:  /s/ Donald R. Cassling

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: August 18, 2021

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600