UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 20-21652 |
|---|---|---|
| Jennifer D Turner | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING DEBTOR'S PLAN

This matter coming before the Court on the Debtor's motion to modify the Chapter 13 Plan; IT IS ORDERED:

The motion is GRANTED as follows:

1. The default accruing through August 2022 is deferred.

2. The remaining payments under the plan will be $700 for 40 months, beginning September 2022.

3. Nothing in this Order shall require the Trustee to perform collections from creditors pursuant to any prior plan.

Enter:

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: September 01, 2022

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600